JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOURTNEY SANKEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and ACE CASH EXPRESS, INC. SHORT AND LONG TERM DISABILITY INSURANCE PLAN,<br><br>　　　　Defendants. | Case No. 2:21-cv-07039 RSWL (PDx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Ronald S.W. Lew |

　　Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: December 29, 2021　　　　　/s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　HON. RONALD S.W. LEW
　　　　　　　　　　　　　　　　　United States District Judge